UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

UNITED STATES OF AMERICA     2:20-cr-00148-JAD-BNW

vs.     MINUTES OF THE COURT

DONNELL HENRY     DATE: 8/10/2021

PRESENT: Honorable Jennifer A. Dorsey, U.S. District Judge

DEPUTY CLERK: Danielle Cacciabaudo     REPORTER: Amber McClane

COUNSEL FOR PLAINTIFF(S): Melanee Smith and Kim Sokolich (also at counsel table is S.A. Daniel Yun)

COUNSEL FOR DEFENDANT(S): Josh Tomsheck and Dan Hill

PROCEEDINGS: **Jury Trial - Day 1**

9:03 AM Court convenes outside the presence of the jury. Defendant is present in custody with no form of restraints.

Housekeeping matters are discussed.

As stated on the record, Government's Motion in Limine [ECF No. 90] is DENIED.

The Court and counsel review the brief synopsis of what will be said to the prospective jurors at the beginning of jury selection.

9:25 AM Court stands at recess.

9:49 AM Court reconvenes in the presence of 51 prospective jurors.

The Court makes opening remarks, introduces the staff, has counsel introduce themselves and gives a brief summary of the case to the prospective jurors. The prospective jurors are sworn, and voir dire commences.

The prospective jury is excused into the hall. Individual prospective jurors are called into the courtroom one at a time for follow-up questioning.

Counsel passes for cause. Peremptory challenges are exercised outside the presence of the jury.

12:25 PM The prospective jury reenter the courtroom.

Unselected jurors are excused. Selected jurors are sworn.

The Court instructs the jury on the elements of the offense and the order of trial proceedings.

12:35 PM Jury is admonished and excused for the lunch break. Court stands at recess.

1:45 PM Court reconvenes outside the presence of the jury. All parties are present.

**EXHIBITS 2 (a)-(c), 5, 6, 7 (a)-(c), 8, 9, and 10 (a)-(g)** are stipulated into evidence.

It is ordered that the exclusionary rule is invoked.

 1:50 PM Jury enters the courtroom.

Opening statements are presented on behalf of the Government by Ms. Sokolich.

**S.A. DANIEL YUN,** is sworn and testifies on direct examination on behalf of the Government by Ms. Smith. **EXHIBIT 3 (b)** is marked and admitted into evidence. Exhibit 3 (a) is marked and admitted conditionally at this time.

3:22 PM Jury is admonished and excused for an afternoon break.  Court stands at recess.

3:38 Court reconvenes in the presence of the jury.  All parties are present.

Daniel Yun, being previously sworn, resumes the stand on direct examination on behalf of the Government by Ms. Smith.  **EXHIBIT 4** is marked and admitted into evidence.

4:50 PM Jury is admonished and excused for the evening. Court adjourns.  Defendant is remanded to custody.

**Jury Trial continued to Wednesday, August 11, 2021, at 9:00 AM in Courtroom 6B before Judge Jennifer A. Dorsey.**

DEBRA K. KEMPI, CLERK
United States District Court
By: _____/s/_____ _____
Danielle Cacciabaudo, Deputy Clerk