UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

UNITED STATES OF AMERICA　　　　　　　　2:20-cr-00148-JAD-BNW

vs.　　　　　　　　　　　　　　　　　　　MINUTES OF THE COURT

DONNELL HENRY　　　　　　　　　　　　　DATE: 8/16/2021

PRESENT: Honorable Jennifer A. Dorsey, U.S. District Judge

DEPUTY CLERK: Danielle Cacciabaudo　　　REPORTER: Amber McClane

COUNSEL FOR PLAINTIFF(S): Melanee Smith and Kim Sokolich (also at counsel table is S.A. Daniel Yun)

COUNSEL FOR DEFENDANT(S): Josh Tomsheck and Dan Hill

PROCEEDINGS: **Jury Trial - Day 4**

9:30 AM Court convenes outside the presence of the jury. Defendant is present in custody with no form of restraints.

As stated on the record, defendant's Rule 29 motion [ECF No. 108] is DENIED.

9:53 AM Jury enters the courtroom.

Opening arguments are presented on behalf of the Defendant by Mr. Tomsheck.

**DONNELL HENRY**, is sworn and testifies on direct examination on behalf of the defense by Mr. Tomsheck. Cross examination is conducted by Ms. Smith. Redirect is conducted by Mr. Tomsheck. Witness is excused.

Defense rests its case-in-chief.

No rebuttal case is presented.

11:23 AM Jury is admonished and excused for the lunch break. Court stands at recess.

12:40 PM Court reconvenes outside the presence of the jury. All parties are present.

12:46 PM Jury enters the courtroom.

The Court instructs the jury on the law as contained in the jury instructions.

Closing arguments are presented on behalf of the Government by Ms. Smith and on behalf of the defendant by Mr. Tomsheck. Rebuttal closing arguments are presented on behalf of the Government by Ms. Sokolich.

The Court finishes instructing the jury on the laws contained in the jury instructions.

Bailiff is sworn to take charge of the jury. Alternate jurors are excused.

2:55 PM Jury retires to deliberate. Court stands at recess.

4:35 PM Jury note discussed via telephone with counsel. Defendant's presence is waived.

6:57 PM The Court is notified that the jury has reached a verdict.

7:27 PM Jury reconvenes in the presence of the jury. All parties are present.

The foreperson advises that the jury has reached a unanimous verdict. The verdict is published for the record.

Defendant is found guilty on counts 1 and 2 of the Superseding Indictment [ECF No. 46].

Jury is thanked and excused from their jury service.

7:30 PM The Court thanks and discharges the jury from their jury service and exits the courtroom.

7:32 PM Court adjourns. Defendant is remanded to custody.

**Sentencing and disposition is set for November 29, 2021, at 11:00 AM in LV Courtroom 6D before Judge Jennifer A. Dorsey.**

DEBRA K. KEMPI, CLERK
United States District Court
By: _____/s/_____
Danielle Cacciabaudo, Deputy Clerk