# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-cr-0148-JAD-BNW |
| Plaintiff, | **ORDER** |
| v. | ECF No. 123 |
| DONNELL HENRY | |
| Defendant. | |

Based on the pending Stipulation between the defense and the government, and good cause appearing therefore, the Court orders that the Sentencing Hearing currently scheduled for November 30, 2021 at 10:00 a.m., is hereby vacated and continued to January 31, 2022, at 2:00 p.m.

DATED this 23rd day of November, 2021.

_____
HONORABLE JENNIFER A. DORSEY
UNITED STATES DISTRICT COURT JUDGE