# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff<br><br>v.<br><br>Donnell Henry,<br><br>    Defendant | Case No.: 2:20-cr-00148-JAD-BNW<br><br>**Order Granting Motion to Withdraw and Appointing New Counsel**<br><br>ECF Nos. [137] and [139] |

    Donnell Henry was sentenced on 3/7/2022. On 3/10/2022, Henry filed his Notice of Appeal and also requests for counsel to be appointed for his appeal (see ECF No. 136 and 137). CJA counsel Joshua Tomsheck has also filed a Motion to Withdraw as Attorney (see ECF No. 139). Good cause appearing, IT IS ORDERED that these motions **[ECF Nos. 137, 139] are GRANTED. Joshua Tomsheck is relived from representing the defendant, and this matter is referred for the appointment of a panel attorney for the purposes of appeal.**

    DATED: March 14, 2022.

                                                                      JENNIFER A. DORSEY<br>
                                                                      UNITED STATES DISTRICT JUDGE