**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| UNITED STATES OF AMERICA, | Case No. 2:20-cr-00148-JAD-BNW |
|---|---|
| Plaintiff, | |
| v. | **ORDER TEMPORARILY UNSEALING AUDIO RECORDING** |
| DONNELL HENRY, *et al.*, | |
| Defendants. | |

Jessie Folkestad, attorney for Mr. Henry, is requesting a copy of proceedings that occurred at Docket Number 34 for appeal. This transcript contains a sealed portion. The transcript is to be prepared by Amber McClane, Transcriber.

**IT IS THE ORDER OF THE COURT** that the sealed audio recording shall be unsealed for the limited purpose of preparing the transcript by Amber McClane and providing a copy of the transcript to Jessie Folkestad, as requested.

**IT IS FURTHER ORDERED** that the audio recording shall thereafter be resealed and a certified copy of the transcript be delivered to the Clerk pursuant to 28 U.S.C. § 753(b) and remain sealed until further order of this Court.

**IT IS FURTHER ORDERED** that the receiving party shall not disclose the sealed contents of the transcript of the proceeding to anyone other than the representatives of the parties directly concerned with this case.

DATED: October 23, 2023.

_____
BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE