**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| United States of America,<br><br>　　　Plaintiff/respondent<br><br>v.<br><br>Donnell Henry,<br><br>　　　Defendant/petitioner | Case No.: 2:20-cr-00148-JAD-BNW-1<br><br>**Order Directing Response and Setting Briefing Schedule** |

　　　Defendant Donnell Henry filed a 28 U.S.C. § 2255 petition, arguing that his sentence should be vacated or reduced. A response from the government appears warranted.

　　　IT IS THEREFORE ORDERED that the government must file a response to Henry's petition by March 27, 2025. Henry will then have 21 days from service of the response to file a reply.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　U.S. District Judge Jennifer A. Dorsey
　　　　　　　　　　　　　　　　　　　　　　　February 26, 2025